**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Martha Marquez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MARQUEZ,<br><br>    Plaintiff,<br><br>        v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV10-06682 VBK<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of ONE THOUSAND NINE HUNDRED DOLLARS and NO CENTS ($1,900.00) for attorney fees and THREE HUNDRED FIFTY DOLLARS and NO CENTS ($350.00) for costs, as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: December 5, 2011

/s/
_____
THE HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

1

Respectfully submitted,

LAW OFFICES OF MARTIN TALLER

/s/ Troy Monge
_____
Troy D. Monge
Attorney for Plaintiff Martha Marquez